IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SOUFIAN AMRI | ) |
| | ) No. 1:17-CR-50 |
| and | ) |
| | ) |
| MICHAEL QUEEN, | ) |
| | ) |
| Defendants. | ) |

**<u>JOINT MOTION FOR EXTENSION OF FILING DEADLINES</u>**

The United States, through undersigned counsel, moves this Honorable Court for an extension of time to file its response to defendants' Joint Motion to Exclude Codefendants Statements and for Severance.  The parties also move for an extension of the motions deadline, and state in support the following:

On April 24, 2017, defendants filed a Joint Motion to Exclude Codefendants Statements and for Severance.

On April 28, 2017, defendants were arraigned before the Hon. Leonie M. Brinkema, U.S. District Court Judge. The motions deadline was set for 14 days after arraignment, calculated to be May 12, 2017. Responses would be due 11 days after motions are filed.

In this case, the parties jointly request that the motions deadline be extended until May 19, 2017.  Further, the United States requests an extension of time to file its response to defendants' Joint Motion to Exclude Codefendants Statements and for Severance until 11 days after the requested motions deadline, calculated to be May 30, 2017. The United States and the defendants are in discussions that may moot some or all of defendants' pending Joint Motion, as

well as the need to file any other motions in this case. Therefore, an extension of time to respond would serve the interest of efficiency.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

By:      /s/
        Colleen E. García
        Gordon D. Kromberg
        Assistant United States Attorneys
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Phone: (703) 299-3880
        Fax: (703) 299-3980
        E-mail: Colleen.E.Garcia@usdoj.gov

    /s/ Cary Citronberg
Cary Citronberg
John Zwerling
Zwerling/Citronberg P.L.L.C.
114 North Alfred Street
Alexandria, VA 22314
703-684-8000 (office)
703-684-9700 (fax)
cary@zwerling.com

    /s/
Dontaé L. Bugg
Bugg Law Firm
4103 Chain Bridge Road
Suite 401
Fairfax, Virginia 22030
Phone: (703) 552-2462
dbugg@bugglawfirm.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| SOUFIAN AMRI | ) |
| | )   No. 1:17-CR-50 |
| and | ) |
| | ) |
| MICHAEL QUEEN, | ) |
| | ) |
| Defendants. | ) |

## **Order**

On the joint motion of the parties, and for good cause shown, it is hereby ordered that the deadline for the parties to file motions is extended to May 19, 2017, and that the United States' deadline to respond to defendants' Joint Motion to Exclude Codefendants Statements and for Severance is extended until May 30, 2017.

So ordered this _____ day of May, 2017.

_____
Honorable Leonie M. Brinkema
United States District Judge

Alexandria, Virginia