IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:17-cr-50 (LMB) |
| ) | |
| MICHAEL QUEEN AND SOUFIAN AMRI, ) | |
| Defendants. ) | |

## ORDER

Having conducted an <u>in camera</u> review of the United States' <u>Ex Parte</u> Motion [Dkt. No. 51] and finding that the motion and its attachments establish good cause for the relief requested and that defendant will suffer no prejudice from being denied access to the recording at issue, the Ex Parte Motion is GRANTED, and it is hereby

ORDERED that the recording may be withheld from discovery.

The Clerk is directed to forward copies of this Order to counsel of record and the CISO.

Entered this 20th day of June, 2017.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge