**SENTENCING HEARING**　　　　　　　　　Judge Leonie M. Brinkema
Date:　10/13/17　　　　　　　　　　　　Reporter:　A. Thomson
Start:　8:59am　End:　9:25am

# UNITED STATES of AMERICA　　CASE NUMBER: 1:17cr50(2)
Vs.

 MICHAEL QUEEN

Counsel/Govt.:　G.Kromberg/C. Garcia　Counsel/Deft.:　Donte Bugg
Court adopts PSI [ ] without exceptions [ ] with the following
exceptions:_____

**SENTENCING GUIDELINES:**　　　　　　Upon Motion of [ ] Deft [ ] Govt
Offense Level: _32__　　　　　　　　Court depart from G/L pursuant to:
Criminal History: __VI_　　　　　　　　　　　　　　[ ] USSG 5K1.1
Imprisonment Range: _____ to _156_ months　　[ ] USSG 5C1.2
Supervised Release Range: __1__ to __3__ years　[ ] USSG 5K2.12
Restitution: $_____　　　　　　　　　[ ] USSG 5H1.4
Fine Range: $_35,000.00__ to $_350,000.00__　　　[ ] _____
Special Assessment: $_100.00___ per Count

**JUDGMENT of the COURT:**
BOP for _24_ months, each count, concurrent, with credit for time served
Supervised Release for _3_ Years – each count, concurrent
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____ to begin _____ days from imposition of sentence/release
Special Assessment: $_200.00 [ ]Satisfied [X] Due immediately
Fine/Costs Waived [X] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft's expense, w/leave as directed by Court.
 x  Deft. to remain drug free, In/Out patient treatment as directed.
　　x Deft to pay costs as able　　　　x  Deft to waive privacy
 x  Deft. to participate in mental health evaluation, treatment, counseling as directed.
　　x Deft to pay costs as able　　　　x  Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
 x  Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment　___Full-time education program
___ Drug Testing Waived
 x  Other: __no contact with any members of terrorist organizations____

**RECOMMENDATION TO BOP:**
___ Deft. to be designated to a Facility in _____.
 x  Residential Drug Abuse Treatment Program (RDAP)
___ Other: _____.

Defendant: [ ] Remanded [x] Self Surrender/Bond cont.

 Deft orally advised of right to appeal his conviction & sentence